# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO.: 4:15-cr-00183 |
| RAKEEM GALLOP ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of April 28 2025 through April 30, 2025. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 11th day of April, 2025.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division