GAS 245D       (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Rakeem Gallop, aka "Slice" | Case Number: 4:15CR00183-1 |
| | USM Number: 19601-021 |
| | Amit Michael Navare |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | March 10, 2025 |

*See page 2 for Additional Violations.*

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 5847

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:

Savannah, Georgia

December 17, 2025
Date of Imposition of Judgment

*[signature]*
Signature of Judge

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

December 30, 2025
Date

DEFENDANT:          Rakeem Gallop
CASE NUMBER:    4:15CR00183-1

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | The defendant failed to abide by the imposed curfew (special condition). | June 10, 2025 |
| 3 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | June 19, 2025 |
| 4 | The defendant failed to abide by the imposed curfew (special condition). | August 14, 2025 |
| 5 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | September 10, 2025 |
| 6 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | October 6, 2025 |
| 7 | The defendant failed to participate in a substance abuse treatment program and follow the rules and regulations of that program (special condition). | October 8, 2025 |

GAS 245D  Case 4:15-cr-00183-RSB-CLR   Document 99   Filed 12/30/25   Page 3 of 3
(Rev. 10/24) Judgment in a Criminal Case for Revocations

Judgment— Page **3** of **3**

DEFENDANT: Rakeem Gallop
CASE NUMBER: 4:15CR00183-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>10 months</u>.

☒ The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant receive credit for time served since October 11, 2025.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL